IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01554-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JAMES MINCH,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2013.**

    Plaintiff's Motion for Leave to Amend the Amended Complaint [filed October 7, 2013; docket #21] is **denied without prejudice** for Plaintiff's failure to attach a proposed pleading to the motion, from which the Court may determine whether justice requires the requested amendment.