IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01554-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JAMES MINCH,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 16, 2013.**

    Plaintiff's renewed Motion for Leave to Amend the Amended Complaint [filed October 14, 2013; docket #24] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint found at docket #24-1. Plaintiff shall serve the Second Amended Complaint in accordance with Fed. R. Civ. P. 4 and this Court's orders and rules.